**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FT. LAUDERDALE DIVISION**
www.flsb.uscourts.gov

In re:  CASE NO: 17-24164-SMG
**MARIA A. CARUSOTTI**  CHAPTER 13
XXX-XX-2648
_____Debtor_____/

### NOTICE OF WITHDRAWAL OF OBJECTION TO NOTICE OF PAYMENT CHANGE (DE#49)

The Law Offices of Christian Paul Larriviere, P.A., Attorney for the Debtor, hereby files this *Notice of Withdrawal of Objection to Notice of Payment Change (DE #49).*

### CERTIFICATE OF SERVICE

I certify that a true copy of *Notice of Withdrawal of Objection to Payment Change (DE #49) was* served by electronic means on this 6TH DAY OF November 2019 as follows: Erika R Cappiello, erika.lemoine@sfefcu.org; Efrem D Craig, efrem.craig@bonialpc.com; Nancy K. Neidich, e2c8f01@ch13miami.com, ecf2@ch13miami.com; Office of the US Trustee, USTPRegion21.MM.ECF@usdoj.gov;

The Law Offices of Christian Paul Larriviere, P.A.
Counsel for the Debtors
4340 Sheridan Street, Suite 102
Hollywood, Florida 33021
P: (954) 239-7150
F: (954) 874-6110
E: Christian@cpllaw.com
By: _____/s_____
Christian Paul Larriviere, Esq.
Florida Bar No: 571156